UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN MATEO ELECTRICAL WORKERS
HEALTH CARE TRUST, et al.,

    Plaintiffs,

    v.

MICHAEL BIRKELAND,

    Defendant.
_____/

No. C 14-0142 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiffs' motion for default judgment.

    The July 23, 2014 date for hearing is VACATED. The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

    **IT IS SO ORDERED**.

Dated: June 6, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: MagRef, Assigned M/J