UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN MATEO ELECTRICAL WORKERS
HEALTH CARE TRUST, et al.,

    Plaintiffs,

    v.

MICHAEL BIRKELAND,

    Defendant.
_____/

No. C 14-0142 PJH

**ORDER RE PROOF OF SERVICE**

On July 9, 2014, Magistrate Judge Laporte issued a report and recommendation regarding plaintiff's motion for default judgment, recommending that the motion be granted and that damages be awarded. The report indicated that any party may file written objections within 14 days after being served with a copy.

However, because defendant did not appear in this action, the court has no address on file for him. Thus, the court directs plaintiffs to serve a copy of the report and recommendation on defendant, and to file a proof of service in this court no later than **July 25, 2014**.

**IT IS SO ORDERED**.

Dated: July 18, 2014

                                                           _____
                                                           PHYLLIS J. HAMILTON
                                                           United States District Judge