UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN MATEO ELECTRICAL WORKERS
HEALTH CARE TRUST, et al.,

    Plaintiffs,

    v.

MICHAEL BIRKELAND,

    Defendant.
_____/

No. C 14-0142 PJH

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The court has reviewed Magistrate Judge Laporte's report and recommendation regarding plaintiffs' motion for default judgment, filed in this case on July 9, 2014. Plaintiffs filed a proof of service indicating that defendant had been served with a copy of the report and recommendation on July 22, 2014. Defendant did not file an objection within the time allowed under 28 U.S.C. § 636(b)(1). The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, plaintiffs' motion for default judgment is GRANTED. Judgment will be entered in favor of plaintiffs in the amount of $56,119.55 in unpaid contributions, $9,908.42 in liquidated damages, $10,969.83 in interest, $2,542.50 in attorney's fees, and $467.64 in costs; for a total of $80,007.94.

**IT IS SO ORDERED**.

Dated: August 15, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge