1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN MATEO ELECTRICAL WORKERS
HEALTH CARE TRUST, et al.,

           Plaintiffs,

     v.

MICHAEL BIRKELAND,

          Defendant.

_____/

No. C 14-0142 PJH

**JUDGMENT**

    Defendant having failed to make an appearance in this action, and the court having

granted plaintiffs' motion for default judgment,

    It is Ordered and Adjudged

    that plaintiffs shall recover from defendant the sum of $56,119.55 in unpaid

contributions, $9,908.42 in liquidated damages, $10,969.83 in interest, $2,542.50 in

attorney's fees, and $467.64 in costs; for a total of $80,007.94.

    **IT IS SO ORDERED**.

Dated: August 15, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge